| UNITED STATES COURT OF INTERNATIONAL TRADE | FORM 1 |
|---|---|
| Ever Union Int'l, Inc.<br><br>                              **Plaintiff,**<br><br>v.<br><br>**UNITED STATES,**<br>                              **Defendant.** | SUMMONS 18-00183 |

TO:   The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

/s/ **Mario Toscano**
Clerk of the Court

## PROTEST

| Port of Entry: | LA/LB Seaport and Norfolk-Newport News, VA | Date Protest Filed: | 01/24/2018 |
|---|---|---|---|
| Protest Number: | 2704-18-100193 | Date Protest Denied: | 07/19/2018 |
| Importer: | Ever Union Int'l, Inc. | | |
| Category of Merchandise: | footwear | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| (see attached) | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Port Director,

301 E. Ocean Blvd.
Suite 1400
Long Beach, CA 90802

Address of Customs Port in
Which Protest was Denied

Gary C. Cooper
Law Offices of Gary C. Cooper
247 Yale Avenue
Kensington, CA 94708
510-697-5140
gcc@gcooperlaw.com

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | 19 U.S.C. sec. 1401a(a)(1)(A) Transaction value | Price paid or payable by importer/plaintiff to middleman |
| Protest Claim: | 19 U.S.C sec. 1401a(a)(1)(A) Transaction value | Price paid or payable by middleman to manufacturer |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Paragraph or Item Number | Rate | Paragraph or Item Number | Rate |
| footwear | n/a | n/a | n/a | n/a |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

Appraised value of merchandise; protest claimed first sale appraisal.

The issue which was common to all such denied protests:

Refusal to reliquidate subject footwear at the price paid or payable by the middleman to the manufacturer.

Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person in the importer's behalf. The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

**Gary C. Cooper**  Digitally signed by Gary C. Cooper
Date: 2018.08.21 11:12:40 -07'00'

*Signature of Plaintiff's Attorney*

08/21/2018

*Date*

## SCHEDULE OF PROTESTS

Los Angeles/Long Beach Seaport
_Port of Entry_

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 2704-18-100193 | 01/24/2018 | 07/19/2018 | DZ150355003 | 09/26/2016 | 08/11/2017 |
| | | | DZ150355144 | 09/25/2016 | 08/11/2017 |
| | | | DZ150361522 | 10/02/2016 | 08/18/2017 |
| | | | DZ150364583 | 10/11/2016 | 08/25/2017 |
| | | | DZ150369616 | 10/14/2016 | 08/25/2017 |
| | | | DZ150370911 | 10/18/2016 | 09/01/2017 |
| | | | DZ150382486 | 11/03/2016 | 09/15/2017 |
| | | | DZ150401278 | 11/29/2016 | 10/13/2017 |
| | | | DZ150402581 | 12/01/2016 | 10/13/2017 |
| | | | DZ150407523 | 12/08/2016 | 10/20/2017 |
| | | | DZ150407531 | 12/06/2016 | 10/20/2017 |
| | | | DZ150407622 | 12/08/2016 | 10/20/2017 |
| | | | DZ150407630 | 12/08/2016 | 10/20/2017 |
| | | | DZ150412978 | 12/15/2016 | 10/27/2017 |
| | | | DZ150417076 | 12/18/2016 | 11/03/2017 |
| | | | DZ150423223 | 12/26/2016 | 11/13/2017 |
| | | | DZ150423249 | 12/25/2016 | 11/13/2017 |
| | | | DZ150424270 | 12/28/2016 | 11/13/2017 |
| | | | DZ150427786 | 01/02/2017 | 11/17/2017 |
| | | | DZ150427802 | 01/04/2017 | 11/17/2017 |
| | | | DZ150431101 | 01/07/2017 | 11/17/2017 |
| | | | DZ150444161 | 01/18/2017 | 12/01/2017 |
| | | | DZ150445481 | 01/20/2017 | 12/01/2017 |
| | | | DZ150446489 | 01/29/2017 | 12/15/2017 |
| | | | DZ150448543 | 01/29/2017 | 12/15/2017 |
| | | | DZ150454137 | 02/05/2017 | 12/22/2017 |

Port Director of Customs,

301 E. Ocean Blvd.
Suite 1400
Long Beach, CA 90802

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the Port Director for such different port of entry must be given in the space provided.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017.)

Form 1-3

## Norfolk-Newport News, VA SCHEDULE OF PROTESTS

Port of Entry

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 2704-18-100193 | 01/24/2018 | 07/19/2018 | DZ110365407 | 02/27/2017 | 01/12/2018 |

Port Director of Customs,

101 E. Main Street
Norfolk, VA 23510

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the Port Director for such different port of entry must be given in the space provided.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017.)